UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

RAFAEL MARTINEZ

Defendant(s).

---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22    -MAG-    1988

Defendant ___Rafael Martinez___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

_✓_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

___Rafael Martinez w/ permission___
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Rafael Martinez___
Print Defendant's Name

___Joseph A Hayden___
Defendant's Counsel's Signature

___Joseph A Hayden___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___03/01/2022_____
Date

___Katherine H Paul___
U.S. District Judge/U.S. Magistrate Judge