AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the

UNITED STATES of AMERICA )
_____ )
Plaintiff )
v. ) Case No.
RAFAEL MARTINEZ )
_____ )
Defendant )

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RAFAEL MARTINEZ
_____.

Date: March 1, 2022          _Joseph A Hayden Jr_
                             Attorney's signature

                             Joseph Hayden
                             Printed name and bar number

                             PASHMAN STEIN Walder Hayden
                             21 main st Hackensack, NJ
                             07601
                             Address

                             Jhayden @ pashmadstein.com
                             E-mail address

                             201-306-4531/201-639-2004
                             Telephone number

                             201-488-5556
                             FAX number