UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

United States of America,

              -against-

Rafael Martinez,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

22-mj-01988

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Elkan Abramowitz appears as counsel for Defendant

Rafael Martinez in the above-captioned action, certifies that he is admitted to practice before this

Court, and requests that copies of all papers be served upon the undersigned at the address and/or

e-mail address set forth below.

Dated: New York, New York
       March 3, 2022

                           MORVILLO ABRAMOWITZ GRAND
                           IASON & ANELLO P.C.

                           By:   /s/ Elkan Abramowitz
                                Elkan Abramowitz

                           565 Fifth Avenue
                           New York, New York 10017
                           (212) 880-9500 (phone)
                           (212) 856-9494 (fax)
                           eabramowitz@maglaw.com

                           *Attorneys for Defendant Rafael Martinez*