UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

United States of America,

         -against-

Rafael Martinez,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

22-mj-01988

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE that Telemachus P. Kasulis appears as counsel for Defendant Rafael Martinez in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or e-mail address set forth below.

Dated: New York, New York
      March 3, 2022

                       MORVILLO ABRAMOWITZ GRAND
                       IASON & ANELLO P.C.


                       By:   /s/ Telemachus P. Kasulis
                           Telemachus P. Kasulis

                       565 Fifth Avenue
                       New York, New York 10017
                       (212) 880-9555 (phone)
                       (212) 856-9494 (fax)
                       tkasulis@maglaw.com

                       *Attorneys for Defendant Rafael Martinez*