**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

RAFAEL MARTINEZ,                                    No. S1 22 MJ. 1988 (UA)

Defendant.                                          **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Michael S. Schachter of Willkie Farr & Gallagher LLP

hereby appears as attorney of record for Defendant Rafael Martinez, in the above-captioned

matter, and further requests that copies of all papers in this action be served upon the

undersigned.

Dated: New York, New York             **WILLKIE FARR & GALLAGHER LLP**
       March 3, 2022

                                      _/s/ Michael S. Schachter_
                                      Michael S. Schachter
                                      787 Seventh Avenue
                                      New York, NY 10019
                                      Tel: (212) 728-8000
                                      mschachter@willkie.com

                                      _Attorneys for Defendant Rafael Martinez_