**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

RAFAEL MARTINEZ,                             No. S1 22 MJ. 1988 (UA)

Defendant.                                   **NOTICE OF APPEARANCE**

 

PLEASE TAKE NOTICE that Randall W. Jackson of Willkie Farr & Gallagher LLP

hereby appears as attorney of record for Defendant Rafael Martinez, in the above-captioned

matter, and further requests that copies of all papers in this action be served upon the

undersigned.

Dated: New York, New York           **WILLKIE FARR & GALLAGHER LLP**
        March 3, 2022

                                            */s/ Randall W. Jackson*
                                            Randall W. Jackson
                                            787 Seventh Avenue
                                            New York, NY 10019
                                            Tel: (212) 728-8000
                                            rjackson@willkie.com

                                            *Attorneys for Defendant Rafael Martinez*