# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

March 15, 2022

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:    <u>United States v. Rafael Martinez</u>,
             22 Mag. 1988 (S.D.N.Y.)

Dear Judge Parker:

      We represent Rafael Martinez in the above-captioned case and seek an additional one-week extension of the date by which Mr. Martinez must satisfy his outstanding bail conditions. The government consents to this request.

      Mr. Martinez was arrested on February 28, 2022 and was presented on a Complaint remotely before Your Honor on March 1.  The Court approved the following bail package: (1) a $10 million personal recognizance bond; (2) cosigned by three financially responsible people; (3) secured by four designated properties; (4) with travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey; (5) the surrender of any firearms; (6) supervision as directed by Pretrial Services; and (7) the surrender of any travel documents.  Your Honor allowed Mr. Martinez to be released upon his own signature with the balance of the conditions to be met by March 8.  On March 8, Your Honor granted Mr. Martinez an additional week to satisfy these conditions upon the consent of the government.

      Although Mr. Martinez is nearly finished with this process, a brief period of additional time is needed.  Accordingly, we request an extension of one week to satisfy the

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

remaining conditions of release.  We have conferred with Assistant United States Attorney Micah Ferguson, who consents to this application.

Respectfully submitted,

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.

/s/ Telemachus P. Kasulis
Telemachus P. Kasulis
Elkan Abramowitz

WILLKIE FARR & GALLAGHER LLP

Michael S. Schachter
Randall Jackson

*Counsel for Rafael Martinez*

cc:   AUSA Sagar Ravi
      AUSA Micah Ferguson