## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

April 27, 2022

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

**04/27/2022**

Re:    United States v. Rafael Martinez,
22 Mag. 1988 (S.D.N.Y.)

Dear Judge Parker:

We represent Rafael Martinez in the above-captioned case and seek the Court's permission for Mr. Martinez to travel on two brief trips.  This application is made without objection by Pretrial Services or the government.

Mr. Martinez has been at liberty since he was arrested on February 28, 2022 and presented before Your Honor on March 1.  Mr. Martinez's bond currently permits him to travel within the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Connecticut.

On May 5, Mr. Martinez seeks to travel to Chicago to help his daughter select an apartment and settle in for her university medical fellowship.  He would return on May 7.  On May 10, Mr. Martinez seeks to travel to Las Vegas with his family on a graduation trip for his daughter.  He would return on May 11.  This trip was booked and paid for months ago, and in advance of Mr. Martinez's arrest in this case.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

      <u>On April 26, we advised Mr. Martinez's Pretrial Services Officer and the assigned Assistant United States Attorney of this proposed travel, and each indicated that they had no objection to this application.</u>

      We thank the Court for its consideration of this matter.

      Respectfully submitted,

      MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.

      <u>/s/ Telemachus P. Kasulis</u>
      Telemachus P. Kasulis
      Elkan Abramowitz

      WILLKIE FARR & GALLAGHER LLP

      Michael S. Schachter
      Randall Jackson

      *Counsel for Rafael Martinez*

cc:    AUSA Micah Fergenson (via email)