UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| - v. - | ) |
| | ) |
| RAFAEL MARTINEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

22 Cr. 251 (LJL)

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant

Rafael Martinez in the above-captioned action, certifies that he is admitted to practice before this

Court, and requests that copies of all papers be served upon the undersigned at the address and/or

email address set forth below.

Dated:  New York, New York
        December 2, 2022

MORVILLO ABRAMOWITZ GRAND
    IASON & ANELLO P.C.

By:  /s/ Russell J. Feldman
        Russell J. Feldman

565 Fifth Avenue
New York, New York 10017
(212) 880-9446 (phone)
(212) 856-9494 (fax)
rfeldman@maglaw.com

*Attorney for Defendant Rafael Martinez*