UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **NOTICE OF MOTION** |
| - v. - | ) | 22 Cr. 251 (LJL) |
| RAFAEL MARTINEZ, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, defendant Rafael Martinez, through his undersigned counsel, respectfully moves this Court before the Honorable Lewis J. Liman, United States District Judge for the Southern District of New York, for an Order dismissing Count One of the Indictment in this case.

Dated: December 2, 2022
      New York, New York

MORVILLO, ABRAMOWITZ
GRAND, IASON & ANELLO, P.C.

By:  /s/ Telemachus P. Kasulis
      Elkan Abramowitz
      Telemachus P. Kasulis
      Russell J. Feldman
      565 Fifth Avenue
      New York, New York 10017

WILLKIE FARR & GALLAGHER LLP
      Michael S. Schachter
      Randall Jackson
      787 Seventh Avenue
      New York, New York 10019

*Attorneys for Defendant Rafael Martinez*