

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2022

REQUEST GRANTED.
Extension granted to December 12, 2022.

12/8/2022  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:  *United States v. Rafael Martinez*, 22 Cr. 251 (LJL)

Dear Judge Liman:

The Government respectfully writes in response to the defendant's letter motion for a trial adjournment and as directed by the Court. (Dkt. 35). The Government opposes an adjournment. Because the undersigned is currently out on sick leave due to COVID-19, the Government respectfully requests, on consent, a brief extension—until Monday, December 12, 2022—to file a supplemental letter explaining the grounds for its opposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _Micah Fergenson_____
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190

cc: Defense Counsel (By ECF)