UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                               :

UNITED STATES OF AMERICA           :

                                             :

    - v. -                         :      **NOTICE OF APPEARANCE**

                                             :

RAFAEL MARTINEZ,             :        22 Cr. 251 (LJL)

                                           :

         Defendant.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this

case.

                          Respectfully submitted,

                           DAMIAN WILLIAMS
                           United States Attorney

             By:   _____
                           Katherine C. Reilly
                           Assistant United States Attorney
                           (212) 637-6521