AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▾

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22 Cr. 251 (LJL) |
| Rafael Martinez | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                          .

Date:     02/27/2023

/s/ Steven J. Kochevar
*Attorney's signature*

Steven J. Kochevar SK0188
*Printed name and bar number*
United States Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

*Address*

steven.kochevar@usdoj.gov
*E-mail address*

(212) 637-2262
*Telephone number*

(212) 637-2620
*FAX number*